

```
45  Novedades
50  Negativos
70  Combustible
70  Special
90  Tiempo Estimado
52  Punto o ubicación
```