IsatPhone 05:00 


Deploy for satellite service

Menu　　Info　　Contacts