MARK

| | | |
|---|---|---|
| 🐦 | **LLEG**<br>117km | SE |
| 🐦 | RR2 (05-OCT-17)<br>503km | NW |
| 🐦 | R01 (05-OCT-17)<br>910km | N |
| 🐦 | P01 (05-OCT-17)<br>1295km | N |
| 🐦 | CASAA<br>1334km | N |
| 🐦 | Grand Canyon Nati<br>2640km | N |

GPSMAP 78

GARMIN