UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DMSION

UNITED STATES OF AMERICA

    Government    x

v.

                                     Case No:   **8:17-cr-514-T-27TGW**

CARLOS ARTURO CUERRO BORJA

    Defendant,    x

|   | |
|---|---|
| ____ | Evidentiary |
| x | Trial |
| ____ | Other |

# EXHIBIT LIST

| Exhibit Nwnber | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 08/21/18 | 08/21/18 | Freddy Avila Lopez | Plea Agreement of Freddy Javier Avila Lopez |
| 2 | | | | Plea Agreement of Victor Zambrano Vince |
| . | | | | |
| | | | | |
| | | | | |
| | | | | |