1          IN THE UNITED STATES DISTRICT COURT

2              MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION
3

4      UNITED STATES OF AMERICA,    :
                                    :
5            Plaintiff,             :
                                    :
6                                   : CASE    8:17-cr-514
       vs.                          : NO.:
7                                   :
                                    : DATE:   8/21/2018
8      CARLOS ARTURO CUERRO         :
       BORJA,                       : TIME:   3:17 p.m.
9                                   :
             Defendant.               PAGES:  1 - 23
10     -------------------------

11

              TRIAL TESTIMONY OF STEVEN RAY
12        BEFORE THE HONORABLE JAMES D. WHITTEMORE
               UNITED STATES DISTRICT JUDGE
13

14     For the Government:

15             THOMAS PALERMO, ESQ.
               NICHOLAS DERENZO, ESQ.
16             United States Attorney's Office
               Suite 3200
17             400 N. Tampa Street
               Tampa, Florida 33602
18

       For the Defendant:
19
               CYNTHIA J. HERNANDEZ, ESQ.
20             3030 N. Rocky Point Drive
               Suite 150
21             Tampa, Florida 33607

22

       Court Reporter:  Lynann Nicely, RPR, RMR, CRR
23             Official Court Reporter
               801 N. Florida Avenue, 13B
24             Tampa, Florida 33602

25

1                    P R O C E E D I N G S

2          MR. DERENZO:  The United States calls Special

3    Agent Steven Ray, Coast Guard Investigative

4    Services.

5          [Witness sworn]

6          COURTROOM DEPUTY CLERK:  Please be seated.

7    Please state your name and spell your last name for

8    the record.

9          THE WITNESS:  Steven Ray, R-a-y.

10                    DIRECT EXAMINATION

11   BY MR. DERENZO:

12   Q     Good afternoon, Special Agent Ray.

13   A     Good afternoon.

14   Q     What entity do you work for?

15   A     I work for the Coast Guard Investigative

16   Service.

17   Q     Are you assigned to a particular unit?

18   A     I'm assigned to an organized crime drug

19   enforcement task force known as Panama Express.  It

20   is a strike force composed of FBI, DEA, his, and

21   Coast Guard.  In specific, it targets maritime

22   traffic -- or illegal maritime traffic leaving from

23   South America going either to the Caribbean and

24   Central America either through the Caribbean or the

25   Eastern Pacific.

1    Q      And just generally what are your duties as a

2    special agent working for Operation Panama Express?

3    A      I'm assigned to investigate illicit maritime

4    trafficking, like I said the parts from those areas.

5    I work in the south side, so I specialize now in

6    South America, Ecuador, Colombia, going into Latin

7    America, into like Guatemala, Mexico.

8    Q      And how long have you worked with this

9    particular unit?

10   A      I've been with Panama Express since 2011.  I

11   worked the north side for approximately four years

12   and I've now worked the south side for, gosh, I

13   guess about four years.

14   Q      And prior to your time serving in this

15   particular unit as a special agent, did you have any

16   previous law enforcement experience?

17   A      Yes, I was actually part of the Coast Guard

18   Investigative Service in 2008 where I served in San

19   Diego on a maritime task force and then I went to

20   Key West for a couple years before coming over here.

21   Prior to my time with the Coast Guard Investigative

22   Service I was a special agent with the Drug

23   Enforcement Administration from 2000 to 2008,

24   serving in Seattle, Washington, and Yuma, Arizona.

25   Q      What did you do for the DEA?

1    A        I was a special agent doing complex narcotics

2    investigations.  That was almost -- mostly on land,

3    but I did everything -- almost every type of drug,

4    things like buy busts to Title III intercepts which

5    are when you tap people's phones.  I did intercepts

6    on people's computers, executed search warrants,

7    worked undercover, developed confidential sources,

8    basically the myriad of what you would inspect a

9    special agent in the drug enforcement to do to

10    enforce the Controlled Substances Act.

11    Q        Throughout your career working both for Coast

12    Guard Investigative Services and the DEA,

13    approximately how many investigations have you been

14    involved in?

15    A        Well over a thousand narcotic investigations.

16    I would split it about 500 on land and probably

17    about 500 on sea.

18    Q        Does that involve both state and federal

19    investigations?

20    A        Yes, it does.  I've done -- in Arizona,

21    federal agents are given state authority.  So some

22    of the cases that wouldn't reach the guidelines --

23    for example, marijuana, it would have to be over a

24    thousand pounds.  If it was less than that, the

25    federal government wouldn't take it, instead Yuma

1    County would take it and I would work those cases as

2    well.

3    Q        Have you ever testified in court before?

4    A        Yes, I have.

5    Q        Have you testified specifically regarding

6    maritime drug smuggling?

7    A        Yes, I have.

8    Q        Approximately how many times?

9    A        Been in court two other times testifying.

10   Q        And have you had an opportunity to testify

11   regarding the value -- approximate wholesale value

12   of a known quantity of drugs?

13   A        Yes, I have.

14   Q        And in your experience working as a federal

15   agent have you become familiar with the methods by

16   which drug trafficking organizations operate?

17   A        Yes, I have.

18   Q        And specifically with regard to South and

19   Central American drug trafficking organizations are

20   you familiar with the means and methods of those

21   organizations?

22   A        Yes, I am.

23   Q        And specifically I want to talk about in the

24   Eastern Pacific Ocean.  Are you familiar with

25   maritime drug smuggling in that region?

1    A      Yes, I am.

2    Q      Could you describe generally how these drug

3    trafficking organizations operate in that area?

4    A      Yes, I can.  Typically the drug trafficking

5    organizations, and especially maritime, it depends

6    on which vessel.  There are several ways that they

7    transport drugs on the water.  You'll have go-fast

8    vessels, you'll have low profile go-fast vessels,

9    you'll have pangas, you'll have fishing vessels,

10   you'll have sailing boats, and you'll have cargo

11   containers.  Each one uses a different variance

12   method, depending on what type of conveyance they

13   use.  Oh, also self-propelled semi-submersibles

14   which are boats that just float barely along the

15   water, they look mostly like a submarine with just a

16   little bit out of it.  So depending on which group

17   and organization is smuggling depends on how they do

18   it, because every vessel has different

19   characteristics and advantages and disadvantages.

20   Q      And based on your experience as an agent are

21   there known smuggling routes in the Eastern Pacific

22   Ocean?

23   A      Yes, there are.  There are typically two type

24   of routes.  One is called a lateral where they go

25   close to the coast line; these are typically smaller

1    vessels designed that if they see some type of law

2    enforcement, they will dart back into the coast.

3    The disadvantage is they're typically smaller, you

4    have multiple trips, and you've got to understand

5    that these transportation networks are paying --

6    it's kind of like if you're moving across the United

7    States in a moving van.  If you take one trip from,

8    for example, Los Angeles coming into Miami and it's

9    one person paying it, you pay them once.  But if you

10   break it down and they have to move the load from LA

11   to Phoenix, Phoenix to Houston, Houston to New

12   Orleans, New Orleans to Tampa, well, you pay for

13   each leg.

14        The second route is typically more further out

15   to sea where it will leave from Ecuador, Colombia,

16   and basically take a route up to the

17   Mexico/Guatemalan border.  So it's one vessel.  The

18   difficulty on that is you have to have logistic

19   vessels, typically fishing vessels to help refuel it

20   because that's approximately 2,000 -- anywhere from

21   1,900 to 2,200-mile nautical trip.  So it's a long

22   distance, almost -- not quite the length of the

23   United States, but a goodly trip on an open vessel

24   that has to refuel multiple times.

25   Q       In your experience investigating these types

1    of cases where do the loads of cocaine and other

2    drugs come from in South America?

3    A       They're coming from Colombia and Ecuador

4    primarily because those are the countries that

5    produce the cocaine.  So the people who own the

6    cocaine will produce it and then hire a

7    transportation cell to move it to go from their

8    country into typically in -- on the ocean it will be

9    either Latin America, so Guatemala to Panama or

10   Mexico where it will go from there on to land,

11   typically run by the Mexican cartels.

12       From there the Mexican cartels will move it

13   via land routes into the United States.  Once it's

14   through the United States, then it will be brought

15   into different distribution cities and then brought

16   from there and spread on out.  So it's much more

17   like -- think of any legitimate business, they're

18   going to have cells where they move it.  Once they

19   cross into the United States, they have to have

20   these transportation points.

21       But on the maritime cell they're moving large

22   quantities of drugs via boats because you can move

23   that in one movement until it hits the land route

24   and then you have to break it down in smaller loads

25   so that way you can avoid having it being disrupted

1    by law enforcement.

2    Q    You mentioned Mexican cartels.  Are you

3    familiar with any cartels in this Central Mexican

4    region?

5    A    Yes.  Mazatlan is the capital of Sinaloa which

6    is obviously the Sinaloa cartel and that basically

7    spreads that part of Mexico almost to the Guatemalan

8    border.

9    Q    And when these vessels are making their way

10   north, is it always one vessel that takes the entire

11   load from start to finish?

12   A    No.  Oftentimes you'll have an initial vessel

13   that will leave, it will either pick up the drugs

14   en route or be loaded.  It will stop at numerous

15   logistics refueling points and then typically go off

16   to a point off the coast of Mexico/Guatemala where

17   either it will meet another boat for transfer or

18   potentially drop off the drugs in the ocean for a

19   buoy and then head back into land.

20   Q    In your experience these rendezvous points, if

21   you will, are these close to shore or far away from

22   shore?

23   A    They're typically far away from shore, they

24   don't want to be close -- 12 nautical miles is

25   considered in a country's territory, so anything

1    past that is considered international waters.  A lot

2    of times the fishing zones, what's called an

3    economic exclusions zone, it's the right for

4    countries to fish, extend out to 200 nautical miles.

5    So often these rendezvous points are well past that

6    so it avoids any type of monitoring by law

7    enforcement or local Coast Guard that would control

8    fisheries or any of that type of stuff.  So it's

9    well away from normal fishing grounds or other

10   places that you would expect to see any type of law

11   enforcement or military to be observing.

12   Q     In investigating maritime smuggling cases have

13   you become familiar with the typical makeup of a

14   smuggling crew?

15   A     Yes, I have.

16   Q     What is the typical makeup?

17   A     If you're talking a go-fast vessel, you're

18   typically talking three to four people.  One would

19   be the captain; the captain is overall responsible

20   for the trip.  He's typically the one that carries

21   the GPS normally around his neck.  He's responsible

22   for answering the satellite phone or doing text

23   messaging back to the dispatcher.

24         You'll typically have what's considered a

25   mariner and their overall responsibilities are to

1    help maintain -- switching the fuel from the

2    different barrels into the -- so the engines can

3    keep going, as well as any necessary maintenance.

4         You typically may have a mechanic -- may or

5    may not.  If it's a three-person crew, that one is

6    typically not.  Their main job is to make sure the

7    engines keep running.

8         Now, the captain, mariner and mechanic by and

9    large all have maritime training, fisherman, so they

10   know how to operate boats, they know how to drive,

11   they know how to host a direction.

12        And then you'll almost always have what's

13   called a load guard.  A load guard's responsibility

14   is to ensure that the drugs on board get moved from

15   where they're going to their final destination

16   point.  Often you'll find that that person has no

17   maritime training, they haven't been on the water,

18   they're a farmer, a taxi driver, some of them have

19   previous paramilitary experience from their host

20   country.

21   Q    Special Agent Ray, you mentioned Mexican

22   cartels and South American drug trafficking

23   organizations.  In your experience is there any

24   coordination between these disparate organizations?

25   A    Absolutely.  I mean, you basically have two

1       criminal organizations that are working together.

2       Back in the '80s, the traditional Colombian cartels,

3       if we're talking Pablo Escobar, Narcos, they

4       controlled everything from the production of it to

5       the distribution in the United States.

6              As the '90s, as law enforcement kicked into

7       gear and Reagan, "the war on drugs," you saw an

8       increase of pressure on that to the point where like

9       Juan Pablo was captured and all that, the Cali

10      cartels went down.

11             So the Colombian cartels basically said if we

12      give cocaine to the Mexican cartels and let them

13      worry about distribution to the United States, we

14      take dramatically less risk and we can still make

15      enough money to be profitable but we don't have to

16      worry about that end.

17             And to that point you saw the rise of the

18      Mexican cartels like the Chapo Guzman, that's

19      somebody you may have heard about.  So the Mexican

20      cartels have taken more about, hey, we'll take the

21      cocaine once it reaches our shores for ownership and

22      then distribution into the United States.  To do

23      that, there is obviously a coordination about how

24      much am I going to pay you and you have to bring the

25      cocaine here and I'll pay you back this much in cash

1      for this amount of drugs.

2      Q      And how about recruitment methods of these

3      drug trafficking organizations, have you become

4      familiar with those?

5      A      Yes, I have.

6      Q      And could you describe them for the jury?

7      A      On the maritime level most of the recruitment

8      for nautical or maritime people -- there are a lot

9      of fishing villages.  The villages or the people who

10     fish, they're going to make between $60 to $80 on a

11     good week U.S.  Some days they're not going to make

12     any.

13            So what happens is these recruiters know that

14     there are hard times in these countries, there is an

15     earthquake in Ecuador, a lot of people have

16     problems, family members need it.  So they go around

17     and wait for people and recruit them, saying hey, if

18     you do a drug venture, I will pay anywhere in the

19     neighborhood of $10,000 to $30,000.  I would

20     normally give you an upfront advance, anywhere from

21     $1,000 to $5,000 USD.

22            Typically these recruiters will then take a

23     percentage of that, saying hey, I recruited you, you

24     need to meet here, I'll take $2,000, you can have

25     this $3,000.  So even a fisherman who makes $80 a

1          week with a front of $3,000 is making a huge amount

2          of money up front to take the risk, knowing that

3          he's going to now transport drugs.

4                What the recruiters do -- and you have

5          different recruiters from different areas.  They

6          will send it to a single point where typically a

7          dispatcher will gather the people who are

8          fisherman/load guards into an area.  The dispatcher

9          is responsible for making sure that the vessels have

10         the cocaine, fuel, food, the instructions on where

11         they're going.  That dispatcher is also responsible

12         for having logistic vessels out there to refuel it

13         and also in coordination with the people who are

14         picking it up.

15               So that way it's a whole cycle where I'm

16         watching it, this whole movement.  It would be no

17         different than, like I said, if you're moving from

18         Los Angeles to Miami, you would want to know if you

19         owned that stuff to call up and go hey, where's my

20         truck?  Oh, it's in Texas en route here, I know it

21         should arrive on Tuesday next week.

22         Q     You mentioned the word advance.  Do you speak

23         Spanish?

24         A     No, I am not fluent in Spanish.  I know some

25         Spanish terminology having worked in San Diego,

1    Arizona and now at Pan Ex where it's Latin and South

2    Americans.

3    Q    And during your investigations have you had

4    the assistance of translators to help communicate

5    with subjects and witnesses who speak Spanish

6    fluently?

7    A    Absolutely.  We have agents who are fluent.

8    We have translators who work with us who are

9    professional linguists.

10   Q    In the course of your several years operating

11   as both DEA and Coast Guard special agent have you

12   become familiar with the Spanish word anticipo?

13   A    Yes, I have.

14   Q    What does that word mean to you?

15   A    It basically means advance and that is a

16   prepayment where hey, if you agree to come on this

17   drug operation, I will give you X amount of money up

18   front.  When you come back, then I'm going to pay

19   you the rest, whether that's $10,000, $15,000,

20   $20,000, but that's your front money.

21       In addition what it does is, for example, if

22   you're running a load of drugs and you are forced to

23   drop that load of drugs because of law enforcement,

24   well since I already gave you money, now all it is

25   is I'm not going to punish you, you just owe me two

1     trips tor free because I already gave you money up

2     front.  So even if you lose a load, no problem, now

3     you're hooked up for the next trip.

4     Q     Let's talk about the drugs themselves.  Do you

5     know how they're typically packaged from -- maritime

6     smuggling from Ecuador, Colombia, up to Mexico?

7     A     The cocaine is moved into bricks which is

8     normally a kilo.  It's a small brick size.  A lot of

9     them they are put into a press, they'll have a

10    specific imprint on it that's kind of like a brand

11    name.  What they'll do is then they'll wrap these

12    bricks individually with duct tape and like some

13    rubber sealant and then they put them into bales.

14    And your average bale is going to be between 20 and

15    50 kilograms.  They do that as ease of movement as

16    well as weight.

17          Then it's obviously well protected because

18    cocaine in itself is dissolvable in water.  So when

19    it's moved in a maritime environment, you want it to

20    be impervious to water.  Because not only on a boat

21    you're going to get splash, rain, it might typically

22    get thrown overboard and you don't want it to

23    dissolve because there goes all your product.

24          So it's well wrapped and then bundled in these

25    groups and then it's taped up and then put into

1    these bales so that way it can be easily moving.

2           Typically on go-fast boats, low profile

3    go-fast vessels, self-propelled submersibles,

4    because they're big open, they just jam bales in.

5    If it's on a cargo vessel or a sailboat, because

6    they're small little compartments, they'll often

7    have to slice those bales open and then individually

8    stack the kilos to make it kind of fit these hidden

9    compartments.

10    Q    In the several hundred investigations you've

11    been a part of have you had occasion to investigate

12    cases where loads of cocaine were actually picked up

13    from the water?

14    A    Yes, I have.

15    Q    And is that a common practice of drug

16    trafficking organizations, in your professional

17    experience?

18    A    Yes, it is.  What happens is a lot of times

19    especially in go-fast they have these bales and

20    they'll tie them together and they'll put onto it a

21    GPS buoy that's solar powered.  So in the event that

22    the person has to throw the drug load overboard,

23    because they'll do it because then they have a

24    better opportunity of escaping.  As well as if it's

25    a single boat that's chasing it, it has a choice, go

1      after the drug or go after the crooks, one of the

2      other, because typically can't do both.

3             They'll throw the drugs overboard.  They're

4      tied together and then they'll have a GPS buoy.  So

5      that GPS buoy will broadcast out.  The dispatcher

6      will get notification, hey, the drugs were dumped.

7      He then can dispatch a different boat to go pick up

8      those drugs and continue the journey of those drugs

9      to its final destination.

10     Q      And while we're on the subject of drugs, based

11     on your knowledge, your training and your experience

12     as a federal agent are you able to estimate the

13     wholesale value of a quantity of cocaine?

14     A      Yes, I am.

15     Q      What is the approximate wholesale value of a

16     single kilogram of cocaine?

17     A      The Coast Guard likes to use $25,000.  Now,

18     that price basically is your Costco bulk equivalent.

19     And they use that based on -- Coast Guard typically

20     is using Miami or San Diego prices.  Typically

21     cocaine as it goes back in Colombia is going to be

22     around $1,800 a kilo, but as it keeps moving up, it

23     increases in value.

24            Once it reaches the United States, the closer

25     to the border initial entry point, the cheaper it

1    is.  The further you go up, the more expensive it

2    gets.

3         And also realize that kilo of cocaine, like I

4    said I call that Costco bulk prices.  An individual

5    user of cocaine it's about 50 mg or 0.5 grams.

6         To give you a better reference, if you use a

7    thing of sugar that you put in your coffee, you go

8    to McDonald's or whatever, that's one gram.  And

9    that's -- so a normal dosage unit would be two of

10   those.  One of those would cost around $100.

11        The cocaine moving from Colombia is going to

12   be 90 to 98 percent pure.  Back in the United States

13   you're talking closer to 20 to 30 percent purity

14   because they step on it.  So like I said, street

15   value, you know, that one kilo would be $500,000,

16   but by and large what the Coast Guard uses bulk

17   amounts, $25,000, as a fairly safe bet throughout

18   the United States.

19   Q    And so if we're talking about say

20   100 kilograms of cocaine?

21   A    If you're talking 100 kilograms, that would be

22   $2.5 million bulk.

23   Q    And throughout the several hundred

24   investigations you've been involved in you've seen

25   probably hundreds and hundreds of bales of cocaine,

1      correct?

2      A      Yes, I have.  One seizure was eight tons of

3      cocaine.

4      Q      Are you able to estimate approximately how

5      many bricks -- kilograms size bricks of cocaine are

6      typically pack into a bale?

7      A      A bale you're going to range between 20 and

8      50.  20 and 30 is more.  Once you start getting in

9      the range of 40 or 50, they call them super bales

10     because that's 110 pounds.  Remember, these have got

11     to be lifted from boat to boat while the boats are

12     moving, so they typically want to keep them -- so

13     ease of use, as well as speed.  You don't want to be

14     sitting there struggling going back and forth for

15     long periods of time because then you're vulnerable

16     to being detected and captured by law enforcement.

17     Q      So if you had a case where there were eight

18     bales of cocaine, in your opinion that would be far

19     in excess of the $2.5 million figure you provided

20     earlier?

21     A      Yes, eight bales of cocaine, if you average 30

22     keys to a bale, that would be 240 keys which gives

23     you around $6 million of value, bulk wholesale.

24            MR. DERENZO:  Have just a moment, Your Honor?

25            THE COURT:  Yes, sir.

1          MR. DERENZO:  No further questions.

2          THE COURT:  Cross-examination?

3                    CROSS EXAMINATION

4     BY MS. HERNANDEZ:

5     Q     Good afternoon, Agent Ray.

6     A     Good afternoon.

7     Q     You had stated earlier that you were familiar

8     with the terminology of anticipo, that's like a

9     payment, correct?

10    A     Correct, an advance.

11    Q     Advance payment.  And in your experience

12    usually the anticipo is a pretty stable amount,

13    correct, that they receive?

14    A     It varies from recruiter to recruiter.  I

15    mean,, I've seen everywhere from, like I said, a

16    thousand to $5,000, depending on who is the

17    recruiter, what the position is and then also, no

18    offense, the cut the recruiter takes.  Because

19    sometimes the recruiter will sit there and say I'm

20    giving you this screaming deal, but now I'm taking

21    back $2,000 of it.

22    Q     But usually it's a couple thousand dollars,

23    give or take.

24    A     Yes.

25    Q     In your experience have you ever known or have

1     come to know of anyone being involved in this trade

2     to be coerced into this position?

3     A      No, I have not.

4     Q      Would you consider that this job is a

5     dangerous job?

6     A      Yes, I do.

7     Q      And have you ever heard of any of the maybe

8     upper management per se or cartel members

9     threatening anyone that may be a participant or a

10    lesser person participating in this venture?

11    A      Yes, I have.

12          MS. HERNANDEZ:  No further questions.

13                [Concluded at 3:41 p.m.]

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3      STATE OF FLORIDA           )

4      COUNTY OF HILLSBOROUGH  )

5          I, Lynann Nicely, RMR, CRR, Official Court

6      Reporter for the United States District Court, Middle

7      District, Tampa Division,

8          DO HEREBY CERTIFY, that I was authorized to and

9      did, through use of Computer Aided Transcription,

10     report in machine shorthand the proceedings and

11     evidence in the above-styled cause, as stated in the

12     caption hereto, and that the foregoing pages,

13     numbered 1 through 23, inclusive, constitute a true

14     and correct transcription of my machine shorthand

15     report of said proceedings and evidence.

16         IN WITNESS WHEREOF, I have hereunto set my hand in

17     the City of Tampa, County of Hillsborough, State of

18     Florida, August 12, 2019.

19

20

21         ____/s/ Lynann Nicely_____
                Lynann Nicely, RPR, RMR, CRR, CRC
22              Official Court Reporter

23

24

25